USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
JASON R. CALDERON,

              Plaintiff,

-against-

UNITED STATES DEPARTMENT OF JUSTICE,
DRUG ENFORCMENT ADMINISTRATION,
VEHICLE LEASING ASSOCIATES, LLC
and RICHARD S. CURRAO,

              Defendants.
----------------------------------------X

NOTICE OF VOLUNTARY DISMISSAL OF ACTION

Index No.: 08 CV 0970

**IT IS HEREBY NOTICED** by the undersigned, attorney of record for the Plaintiff in the above entitled action, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person or party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is voluntarily dismissed, on behalf of Plaintiff, JASON R. CALDERON, without costs. This Notice may be filed without further notice with the Clerk of the Court. *the clerk is instructed to remove the matter from my docket.*

Dated: Brooklyn, New York
      March 12, 2008

Vel Belushin, Esq., (VB7619) for
LAW OFFICES OF VEL BELUSHIN, P.C.
Attorneys for Plaintiff
**JASON R. CALDERON**
1712 Kings Highway, Suite 2
Brooklyn, New York 11229
(718)787-4470

SO ORDERED
Harold Baer, Jr., U.S.D.J.
3/18/08